UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**IN RE SEARCHES OF:**      **CASE NOS. 09-M-472, 09-M-473**

**Information association with email accounts that is stored at premises owned, maintained, controlled, or operated by Yahoo, Inc. a company headquartered in Sunnyvale, California;**

---

### ORDER SEALING APPLICATIONS, AFFIDAVITS, AND AFFIDAVIT IN SUPPORT OF MOTION TO SEAL

---

Upon the ex parte petition of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the applications for search warrants, supporting affidavits, and the affidavit in support of the motion to seal submitted in Case Nos. 09-M-472 and 09-M-473 shall be **SEALED** and ~~removed from ECF~~ [the case itself shall be sealed] for a period of 30 days from the date of this order. /s/ AEG

**SO ORDERED** this 4th day of November, 2009, at Milwaukee, Wisconsin.

*[signature]*
AARON E. GOODSTEIN
United States Magistrate Judge